**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 22-00031 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| KENDRICK RIGGINS (01)<br>SHAHEED DAVIS (02)<br>RICKY LAWSON (03)<br>MYRNA B GRAYS (04) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Documents 64, 65, 67, & 69) and response (Record Document 70) thereto filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motions to Suppress (Record Documents 39, 44, & 45) are **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 10th day of May, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE